ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
Assistant United States Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: tom.brady@usdoj.gov.

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 30 2018
at ___ o'clock and _05_ min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR18 00069 LEK |
| Plaintiff, | INDICTMENT |
| v. | |
| GRANT MANAKU, | [18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)] |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges:

On or about and between February 25, 2017, and April 24, 2017, both dates being approximate and inclusive, within the District of Hawaii, GRANT

MANAKU, the defendant, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved the use of one or more prepubescent minors, and minors who had not obtained 12 years of age, and that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

Dated: May 30, 2018, Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENJI M. PRICE
United States Attorney
District of Hawaii

THOMAS J. BRADY
Assistant U.S. Attorney

UNITED STATES v. GRANT MANAKU
Indictment
Cr. No. CR18 00069 LEK

2