**ORIGINAL**

AO 442 (Rev. 11/11) Warrant for Arrest

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 04 2018
at 9 o'clock and 40 min. A M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 18-00069 LEK |

GRANT MANAKU

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST <u>GRANT MANAKU</u> and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Possession of Child Pornography

RECEIVED 2018 MAY 30 PM 1:40 U.S. MARSHALS SERVICE HONOLULU, HI

- in violation of Title 18 United States Code, Section(s) 2252A(a)(5)(B) and 2252A(b)(2)

| Date: | May 30, 2018 | Sue Beitia, Clerk of Court |
|---|---|---|
| | | Name and Title of Issuing Officer |
| | | /S/ Sue Beitia by deputy clerk ET |
| Location: | Honolulu, Hawaii | Prepared/Signed By: |

By: J. Michael Seabright, Chief United States District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 5-30-2018 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 5-31-2018 | SA John Mikel | [signature] |