# Exhibit B



DMV 2013

# SUBJECT-1
# Aren Dela Cruz

- **(U//FOUO) Biographical Information:**
- **DOB:** ▇▇▇▇ 1994 Age 22
- **SSN:** ▇▇▇▇
- **Ht:** 5'10" **Wt:** approx. 150 **Eyes:** Brown **Hair:** Brown
- **Address:** ▇▇▇▇ Waipahu, HI
- **Residents Listed at Address:** See other subjects
- **Phone:** Unk
- **DL:** ▇▇▇▇ Exp: 2018
- **Vehicles:** White Toyota Sedan, HI Plate STS 863
- **US Passport:** Unknown
- **Status:** US Citizen
- **Tattoos:** Unknown
- **Weapons:** None registered
- **Criminal History:** Nil crim history

FBI_REPORTS_000175



DMV 2014

# SUBJECT-2
# Landen Dela Cruz

- **(U//FOUO) Biographical Information:**
- **DOB:** ▮/1988 Age 28
- **SSN:** ▮
- **Ht:** 5'05" **Wt:** approx. 175 **Eyes:** Brown **Hair:** Black
- **Address:** ▮ Waipahu, HI
- **Residents Listed at Address:** See other subjects
- **Phone:** Unk
- **DL :** ▮ Exp: 2017
- **Vehicles:** Unknown
- **US Passport:** Unknown
- **Status:** US Citizen
- **Tattoos:** Unknown
- **Weapons:** None registered
- **Criminal History:** Nil crim history

FBI_REPORTS_000176



DMV 2013

# SUBJECT-3
# Brennan Dela Cruz

- **(U//FOUO) Biographical Information:**
- **DOB:** ▆▆▆▆ 1986 Age 30
- **SSN:** ▆▆▆▆
- **Ht:** 5'07" **Wt:** approx. 200 **Eyes:** Brown **Hair:** Brown
- **Address:** ▆▆▆▆ Waipahu, HI
- **Residents Listed at Address:** See other subjects
- **Phone:** Unk
- **DL:** ▆▆▆▆ Exp: 2021
- **Vehicles:** Silver Scion XB, HI plate RTD 368
- **US Passport:** Unknown
- **Status:** US Citizen
- **Tattoos:** Unknown
- **Weapons:** None registered
- **Criminal History:** Nil crim history

FBI_REPORTS_000177



DMV 2009

# SUBJECT-4
# Jason Dela Cruz

- **(U//FOUO) Biographical Information:**
- **DOB:** ▮ 1960 Age 57
- **SSN:** ▮
- **Ht**: 5'07" **Wt:** approx. 175 **Eyes:** Brown **Hair:** Black
- **Address:** ▮ Waipahu, HI
- **Residents Listed at Address:** See other subjects
- **Phone:** Unk
- **DL :** ▮ Exp: 2017
- **Vehicles:** HPD subsidized vehicle, Gray Toyota 4Runner, HI plate PYZ 279
- **US Passport:** Unknown
- **Status**: US Citizen
- **Tattoos**: Unknown
- **Weapons**: Honolulu Police Department issued firearm (pistol)
- **Criminal History**: Nil crim history

FBI_REPORTS_000178



DMV 2010

# SUBJECT-5
# Lola Dela Cruz

- **(U//FOUO) Biographical Information:**
- **DOB:** ▮▮▮▮ 1960 Age 57
- **SSN:** ▮▮▮▮▮▮▮
- **Ht:** 5'05" **Wt:** approx. 170 **Eyes:** Hazel **Hair:** Brown
- **Address:** ▮▮▮▮▮▮▮ Waipahu, HI
- **Residents Listed at Address:** See other subjects
- **Phone:** Unk
- **DL:** ▮▮▮▮▮▮▮ Exp: 2018
- **Vehicles:** Maroon Honda Mini-van, HI plate PRAZUM
- **US Passport:** Unknown
- **Status:** US Citizen
- **Tattoos:** Unknown
- **Weapons:** None registered
- **Criminal History:** Nil crim history

FBI_REPORTS_000179