# Exhibit C

# Execution - Concept of Operations

| 3 | Scheme of Maneuver (cont'd) | **Phase VI:** Upon arrival at PL Green, HN SWAT sets perimeter, conducts knock-and-announce and dual breach (white and green side entry doors) of target location. Entry made via primary (green side) breach point. White side breach point covered from exterior.<br><br>**Phase VII:** Target location declared 'code 4' and residence turned over to VC-1 personnel for search. |
|---|---|---|
| | | |

FBI_REPORTS_000181

# SWAT TOC OPERATION LOG
## HONOLULU DIVISION

Date (mm/dd/yy): 4/24/2017   Case File #: 305D-HN-2153420

DN-15 Channel
SA Evitka Shaw

| Time | Caller | Event | Initials |
|---|---|---|---|
| 7:19 | TOC | PASS INFO ON WHITE MALE, ORANGE SHIRT ENTERING WHITE SUV ON THE STREET, EASTBOUND DEPARTURE | |
| 7:40 | SWAT | RADIO CHECK | |
| 7:41 | B1 | " | |
| 7:42 | B2 | " | |
| 7:42 | B3 | " | |
| 7:43 | B5 | " | |
| 7:43 | B6 | " | |
| 7:43 | G1 | " | |
| 7:43 | G2 | " | |
| 7:43 | G3 | " | |
| 7:43 | G5 | " | |
| 7:44 | G6 | " | |
| 7:44 | G7 | " | |
| 7:45 | GRAY 1 | " | |
| 825 | | TOC moves to PL Yellow | |
| 835 | HN1 | Radio check | |
| 847 | TOC | Unknown under garage | |
| 849 | TOC | Dark pants, dark shirt, taking garbage to the back of house | |
| ~~846~~ | ~~TOC~~ | | |
| 851 | | compromise autority ~~authorized~~ authorized | |
| 853 | HN1 | knock & announce | |
| 853 | | contact w/ subject's wife | |
| 853 | | authorized breach | |
| 854 | | multiple dogs to include pitbulls. | |
| 854 | | contact w/ 3 subs white side | |
| 854 | | 2 adult males, 2nd floor, backside | |
| 855 | | going in green side | |
| 858 | | multiple dogs red side | |
| 858 | G1 | top side clear | |
| 859 | | exterior is clear | |
| 859 | | back clear, 1st floor | |
| 900 | HN1 | collect up all trash (bangs, pin, spoons) | |