# Exhibit D

847  for Sub to leave house
     Hold + getting Ready

848  450 → Dark Pants
     Dark Shirt taking out trash
     going to backside of house

849  vehicle backing out → #2 in carport
     next to

     S. Bound on Kam Hwy

850  450 Stay house →
     Telman →

850  SWAT

851  OSC → DL Yellow
             Called in
     Rolling Green Authority approved
     execute at your option

852  S. Bound Kam Hwy

855  movement in back — they may have dog
     multiple dogs
     contact w/ BI subs white side
     (2) adult males white black side
     Going in Green side

857  Kevin
     ForeRunner last seen 24 hr fitness →
     Pearl City