# Exhibit E

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   05/03/2017

On April 24, 2017, a Federal Search Warrant issued in the United States District Court for the District of Hawaii on April 20, 2017, was executed at 94-1008 Lumi Street, Waipahu, Hawaii 96797. The search warrant was executed by Special Agents (SAs) of the Federal Bureau of Investigation (FBI), Homeland Security Investigations (HSI), and FBI Task Force Officers (TFOs) with the Hawaii Department of Public Safety. The following personnel executed the search warrant:

   FBI SSA Jeffrey Felmann
   FBI SA Danielle Desanctis
   FBI SA Brett Price
   FBI SA Jordan Reigel
   FBI SA Ashley Frazer
   FBI SA Robert King
   FBI SA Rory Johnson
   FBI SA Thomas Logeman
   FBI SA Sherwin Chang
   FBI SA Patrick Boyd
   FBI SA Cindy Maglasang
   FBI SA Jay Ledoux
   FBI Photographer Rosie Kawamata
   FBI TFO Kevin Boswell
   FBI TFO Michael Brito
   HSI SA Jeremy Bourgeois
   HSI SA Siave Iafeta

The following is a timeline of events that occurred during the search (all times are approximate):

8:53 a.m. FBI SWAT team announced their presence and cleared the residence. The SWAT team encountered three adults while clearing the residence:

   1. Lola DELACRUZ (Lola DELACRUZ), Date of birth (DOB) ■■■ 1960
   2. Brennan Delacruz (B. DELACRUZ), DOB ■■■ 1986
   3. Grant MANAKU (MANAKU), DOB ■■■ 1985

| | | | | |
|---|---|---|---|---|
| Investigation on | 04/24/2017 | at | Honolulu, Hawaii, United States (In Person) | |
| File # | 305D-HN-2153420 | | Date drafted | 04/25/2017 |
| by | Brett Price | | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.