# Exhibit F

**DIAGRAM/SKETCH**    PAGE __1__ OF __2__

| GENERAL INFORMATION | REFERENCE |
|---|---|
| DATE 4/24/2017 <br> CASE ID 305D-HN-2153420 <br> LOCATION 94-1008 Lumi St WAIPAHU  Downstairs <br> PREPARER/ASSISTANTS SA Jordan Beigel | SCALE or DISCLAIMER <br> COMPASS ORIENTATION <br> EVIDENCE <br> FIXED OBJECTS <br> MEASUREMENTS <br> KEY/LEGEND |



NOT TO SCALE

N

| GENERAL INFORMATION | REFERENCE |
|---|---|
| DATE 4/24/2017<br>CASE ID 305D-HN-2153420<br>LOCATION 94-1008 Lumi St WAIPAHU   Upstairs<br>PREPARER/ASSISTANTS SA Jordan Reigel | SCALE or DISCLAIMER<br>COMPASS ORIENTATION<br>EVIDENCE<br>FIXED OBJECTS<br>MEASUREMENTS<br>KEY/LEGEND |



NOT TO SCALE

N

FBI_REPORTS_000340

| Name | Sign |
|---|---|
| Brett Price | Brett |
| Jeremy Bourgeois | |
| Siave Iafeta | |
| Jordan Meigel | |
| Ashley Frazer | Ashley Frazer |
| Jeff Felmann | |
| Rosie Kawamoto | |
| Robert King | |
| Rory Johnson | |
| Martin Pyszczynski | |
| AUSTIN K. JACKSON | |
| JOHN LEHR | |
| Thomas Logeman | |
| JOHN MIKEL | |
| Shenin Chuy | |
| ARYN NOHARA | |
| Cyrus Kam | |
| MIKE DIXON | |
| Pat Donnelly | |
| Cindy Maglasang | |
| Lo Dou | |
| Gwen Y Ogami | |
| P.W. BOYD | |
| Kevin Boswell | |
| Michael Brito Jr. | |
| Danielle DeSanctis | |