# Exhibit G

FD-302a (Rev. 05-08-10)

305D-HN-2153420

Continuation of FD-302 of (U) Search Warrant Executed at 94-1008 Lumi Street, Waipahu, Hawaii 96797 , On 04/24/2017 , Page 2 of 3

Note: after the search began the following individuals arrived at the residence and were interviewed.

4. Landen DELACRUZ, (L. DELACRUZ) DOB ▓▓/88
5. Jason DELACRUZ (J. DELACRUZ), DOB ▓▓/1960
6. Aren DELACRUZ (A. DELACRUZ), DOB ▓▓/1994
7. Sasha Ann DELACRUZ (S. DELACRUZ), DOB ▓▓/1986

9:03 a.m. Search site was declared and secure by SWAT Team Leader Patrick Boyd. Control of the scene was passed to Search Team Leader SA Brett Price.

6:53 a.m. Entry photos began.

7:15 a.m. Search team began searching the premises.

11:47 a.m. Verbal consent was given to search a white colored Toyota Camry, license plate number STS863.

12:14 p.m. Verbal consent was given to search a silver colored Scion XB, license plate number RTD368.

12:15 p.m. Exit photos of the residence began.

12:25 p.m. Verbal consent was given to search a burgundy colored Honda Pilot, license plate number PRAZUM.

12:31 p.m. Verbal consent was given to search a white colored Nissan X-Tera, license plate number RYB832.

12:50 p.m. Search completed. A copy of the search warrants and Property Receipt FD-597 were left with Lola DELACRUZ.

12:50 a.m. Search team departed the search location.

A copy of the search warrants, notes, evidence recovery logs, sketch, property receipt, photo log and photographs will be maintained in the 1A section of this case file.