PETER C. WOLFF, JR.   #2332
Federal Public Defender, District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:      alexander_silvert@fd.org

Attorney for Defendant
GRANT MANAKU

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No.   18-00069 LEK |
| | ) | |
| Plaintiff | ) | Defendant Grant Manaku's Exhibit List |
| | ) | |
| vs. | ) | Certificate of Service |
| | ) | |
| GRANT MANAKU, | ) | Motion to Suppress Hearing: 9/26/2018 |
| | ) | Time:                         2:00 p.m. |
| Defendant. | ) | |
| | ) | |

### Defendant Grant Manaku's Exhibit List

Defendant GRANT MANAKU, by and through counsel, Peter C. Wolff, Jr.,

Federal Public Defender, submits his Exhibit List, attached hereto. These documents

were previously attached as exhibits to Defendant's Motion to Suppress filed

September 7, 2018. [ECF No. 15]

DATED:   Honolulu, Hawaii, September 12, 2018.

 /s/ Peter C. Wolff, Jr.
PETER C. WOLFF, JR.
Attorney for Defendant
GRANT MANAKU

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | **EXHIBIT LIST** |
|---|---|
| vs. | Cr. No. 18-00069 LEK |
| GRANT MANAKU | |

| **PRESIDING JUDGE** | **PLAINTIFF'S ATTORNEYS** | **DEFENDANT'S ATTORNEY** |
|---|---|---|
| Leslie E. Kobayashi | Thomas J. Brady | Peter C. Wolff, Jr. |
| | Assistant U.S. Attorney | Federal Public Defender |

| **MOTION TO SUPPRESS** | **COURT REPORTER** | **COURTROOM DEPUTY** |
|---|---|---|
| September 26, 2018 | | Warrren Nakamura |

| Def. No. | Marked for ID | Admitted | Description of Exhibit |
|---|---|---|---|
| A | | | Search and Seizure Warrant for 94-1008 Lumi Street, Waipahu, Hawaii 96797 dated April 20, 2017 |
| B | | | Department of Motor Vehicles Biographical Information for:<br>• Aren Dela Cruz<br>• Landen Dela Cruz<br>• Brennan Dela Cruz<br>• Jason Dela Cruz<br>• Lola Dela Cruz |
| C | | | SWAT Execution – Concept of Operations (Scheme of Maneuver)<br><br>SWAT TOC Operation Log – Honolulu Division dated April 24, 2017 |
| D | | | Logs and notes of the raid |
| E | | | FBI-302 dated June 3, 2017 by Brett Price |
| F | | | Diagram/Sketch of residence dated April 24, 2017 |

| G | | | FBI-302 continuation Page 2 of 3 dated April 24, 2017 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Certificate of Service**

I, PETER C. WOLFF, JR., hereby certify that by the method of service noted

below, a true and correct copy of the foregoing was served on the following at the

last known address on September 12, 2018:

Served Electronically through CM/ECF:

THOMAS J. BRADY               tom.brady@usdoj.gov
Assistant United States Attorney
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, September 12, 2018.


 /s/ Peter C. Wolff, Jr.
PETER C. WOLFF, JR.
Attorney for Defendant
GRANT MANAKU