# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 18-00069 LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | SHERWIN CHANG |
| vs. | ) | |
| | ) | |
| GRANT MANAKU, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF SHERWIN CHANG

I, Sherwin Chang, declare that:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been so employed since 2007. I am presently assigned to the Honolulu Division of the FBI. I have been so assigned since 2015.

2. On April 24, 2017, I was part of the team assigned to execute a search warrant at the premises located at 94-1008 Lumi Street, Waipahu, Hawaii 96797. I was not the case agent nor was I the affiant on the search warrant. I did not compile the search warrant packet or forms that were provided to me at the search location.

3. Before the warrant was executed, the members of the search team met with the team leader, Special Agent Brett Price, and we were briefed as to the contents of the search warrant and what we were authorized to seize. We were also provided with a complete copy of the search warrant, including Attachments A and B. All of the members of the search team then signed the back of the third and final page of Attachment B. A true and accurate copy of the third page of Attachment B, including the back page with the signatures of the search team members who were present and briefed as to the contents of the search warrant, including what could be seized as set forth in Attachment B, is attached to the government's memorandum as Exhibit 2.

4. Part of my responsibilities was to prepare a property receipt, form FD-597 which was to be given to the owner or tenant of the subject premises. In this case, I prepared the form FD-597, which detailed the items seized during the execution of the search warrant. It is attached to the government's memorandum as Exhibit 3. To the best of my recollection, I then provided that property receipt, form FD-597, to Ms. Lola Dela Cruz, whom I believed was the owner or primary resident of the premises.

5. As set forth on page 2 of the FBI 302 report detailing the execution of the search warrant (attached to the government's memorandum as Exhibit 4 and bate stamped as FBI Reports_000337), Ms. Dela Cruz was served with a copy of the search warrant and Property Receipt (FD-597) at 12:50 p.m. This occurred at the conclusion of the execution of the search warrant.

6. I have since learned that the copy of the search warrant I provided to Ms. Dela Cruz did not include Attachments A or B. I did not realize that at the time. Instead, I provided to Ms. Dela Cruz the copy of the search warrant which had been provided to me as part of a search warrant packet. I did not intentionally or deliberately try to conceal what items were authorized for seizure and I intentionally gave Ms. Dela Cruz a copy of the property receipt so that she would know what items had been seized pursuant to the warrant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 31, 2018, at Honolulu, HI.

_____
Sherwin Chang
Special Agent
Federal Bureau of Investigation