# EXHIBIT 2

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

| Name | Sign |
|---|---|
| Brett Price | *signature* |
| Jeremy Bourgeois | *signature* |
| Siave Iafeta | *signature* |
| Jordan Reigel | *signature* |
| Ashley Frazer | *signature* |
| Jeff Felmann | *signature* |
| Rosie Kawamata | *signature* |
| Robert King | *signature* |
| Rory Johnson | *signature* |
| Martin Pyszczymuka | *signature* |
| Austin K. Jackson | *signature* |
| John Lehr | *signature* |
| Thomas Logeman | |
| John Mikel | *signature* |
| Shenin Chuy | *signature* |
| Aryn Nohara | *signature* |
| Cyrus Kam | *signature* |
| Mike Dixon | *signature* |
| Pat Donnelly | *signature* |
| Cindy Meglaeary | *signature* |
| LeDoux | *signature* |
| Gwen Y Ogawa | |
| P.W. Boyd | *signature* |
| Kevin Boswell | *signature* |
| Michael Brito Jr. | *signature* |
| Danielle DeSanctis | *signature* |