# EXHIBIT 3

FD-597 (Rev 8-11-94)                                                                                                  Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 3050-HN-2153420

On (date) 4/24/2017

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) LOUIS DEMS CLUB
(Street Address) 94-1008 LUMI St
(City) WAIPAHU

Description of Item(s): (1) CELL PHONE BLK SAMSUNG, (1) WHITE SAMSUNG Galaxy S5 Model: SM-G900V, IMEI: 990045164083111, (1) SAMSUNG GALAXY S6 Black, (1) White IPAD, yellow cover S/N: DLXN3BPGSVY, (1) Sony HANDYCAM DCR-SR68, (1) Sony CYBERSHOT DSC HX200V, (1) BLACK IPHONE MODEL A1332, IC-579C-E23808, (1) Silver/Black iPhone IMEI 359229062-23766, (1) IPAD in RED CASE, SEIML F4ML2Q1NF196, (1) BLACK PS4 MB089789193, ~~(1) Fujitsu LIFEBOOK T-736, S/N R9E00097~~, (1) BLACK Dell Inspiron 15 Laptop, (1) HP Bisul/REP Apparius Reno Laptop S/N 5CD448FHD, ~~(1) ... ... JASUNN F...~~, (1) Gray HP Laptop w/ built sticker, (1) IPAD in PURPLE CASE 32GB S/N DLXH4053DV6D, (1) LG Black tablet in puple case IMEI 351633-07-161266-0, (1) HP pavilion 23 Desktop, (1) iomega External HARD DRIVE, S/N WJA0300703

Received By: _____ (Signature)   Received From: S. CHANG (Signature)