# EXHIBIT 4

```
305D-HN-2153420 Serial 28
```

FD-302 (Rev. 5-8-10)                    -1 of 3-                           OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   05/03/2017

    On April 24, 2017, a Federal Search Warrant issued in the United States District Court for the District of Hawaii on April 20, 2017, was executed at 94-1008 Lumi Street, Waipahu, Hawaii 96797. The search warrant was executed by Special Agents (SAs) of the Federal Bureau of Investigation (FBI), Homeland Security Investigations (HSI), and FBI Task Force Officers (TFOs) with the Hawaii Department of Public Safety. The following personnel executed the search warrant:

- FBI SSA Jeffrey Felmann
- FBI SA Danielle Desanctis
- FBI SA Brett Price
- FBI SA Jordan Reigel
- FBI SA Ashley Frazer
- FBI SA Robert King
- FBI SA Rory Johnson
- FBI SA Thomas Logeman
- FBI SA Sherwin Chang
- FBI SA Patrick Boyd
- FBI SA Cindy Maglasang
- FBI SA Jay Ledoux
- FBI Photographer Rosie Kawamata
- FBI TFO Kevin Boswell
- FBI TFO Michael Brito
- HSI SA Jeremy Bourgeois
- HSI SA Siave Iafeta

    The following is a timeline of events that occurred during the search (all times are approximate):

8:53 a.m. FBI SWAT team announced their presence and cleared the residence. The SWAT team encountered three adults while clearing the residence:

1. Lola DELACRUZ (Lola DELACRUZ), Date of birth (DOB) ▉▉▉▉ 1960
2. Brennan Delacruz (B. DELACRUZ), DOB ▉▉▉▉ 1986
3. Grant MANAKU (MANAKU), DOB ▉▉▉▉ 1985

---

Investigation on  04/24/2017  at  Honolulu , Hawaii, United States (In Person)

File #  305D-HN-2153420                                Date drafted  04/25/2017

by  Brett Price

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

305D-HN-2153420

Continuation of FD-302 of (U) Search Warrant Executed at 94-1008 Lumi Street, Waipahu, Hawaii 96797, On 04/24/2017, Page 2 of 3

Note: after the search began the following individuals arrived at the residence and were interviewed.

4. Landen DELACRUZ, (L. DELACRUZ) DOB ██/88
5. Jason DELACRUZ (J. DELACRUZ), DOB ██/1960
6. Aren DELACRUZ (A. DELACRUZ), DOB ██/1994
7. Sasha Ann DELACRUZ (S. DELACRUZ), DOB ██/1986

9:03 a.m. Search site was declared and secure by SWAT Team Leader Patrick Boyd. Control of the scene was passed to Search Team Leader SA Brett Price.

6:53 a.m. Entry photos began.

7:15 a.m. Search team began searching the premises.

11:47 a.m. Verbal consent was given to search a white colored Toyota Camry, license plate number STS863.

12:14 p.m. Verbal consent was given to search a silver colored Scion XB, license plate number RTD368.

12:15 p.m. Exit photos of the residence began.

12:25 p.m. Verbal consent was given to search a burgundy colored Honda Pilot, license plate number PRAZUM.

12:31 p.m. Verbal consent was given to search a white colored Nissan X-Tera, license plate number RYB832.

12:50 p.m. Search completed. A copy of the search warrants and Property Receipt FD-597 were left with Lola DELACRUZ.

12:50 a.m. Search team departed the search location.

A copy of the search warrants, notes, evidence recovery logs, sketch, property receipt, photo log and photographs will be maintained in the 1A section of this case file.