# EXHIBIT 5

AO 93 (Rev. 12/03) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

94-1008 Lumi Street
Waipahu, Hawaii 96797

Case No. 17-0374 RLP

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Hawaii
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A" attached hereto and which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B" attached hereto and which is incorporated herein by reference.

YOU ARE COMMANDED to execute this warrant on or before April 30, 2017 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: 20 April 2017 @ 1085

_____ /s/ _____
Judge's signature

City and state: Honolulu, Hawaii

Richard L. Puglisi, U.S. Magistrate Judge
Printed name and title

---

FD-597 (Rev 8-11-94) Page 1

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 30S0-HN-2153420

On (date) 4/24/2017

☒ item(s) listed below were:
☐ Received
☐ Returned
☐ Released
☒ Seized

(Name) _____
(Street Address) 94-1008 Lumi St
(City) Waipahu

Description of item(s): (1) Cell phone BLK Samsung (1) white Samsung
Model: SM-G900V, IMEI: 990045164083111 (1) Samsung Galaxy S6 B
SLB (1) white IPAD, Yellow cover S/N: DLXN3BDGSVV (1) Sony Han
Assc (1) Sony Cyber-shot DSC HX200V (1) Black IOH
Assc IC-579 C-EN3802, (1) Silver/Black IPHone, IMEI
(1) 1100 in RED case, IMEI F4ML7QIA IOH=146, Cracked Pad
(1) Fujitsu LifeBook T-936, S/N 0710007 (1) Black Cell IPHo
(1) HP [illegible] IN [illegible] Black Case (1) In SQS04B(S)HQ
(2) [illegible] [illegible] (1) Grey HP Laptop C
(1) 1100 in purple case S/N: 3263 SN DLX H4053 OX6D
pink case IMEI 3516T3-07-1612646-0 (1) HP LAPTOP 23 [illegible]
IOMEGA External Hard Drive, S/N WJA0300703

Received By: _____ Received From: _____
         (Signature)                            (Signature)