# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 18-00069LEK |
| CASE NAME: | USA vs. (1) Grant Manaku |
| ATTYS FOR PLA: | Thomas J. Brady |
| ATTYS FOR DEFT: | 01 Peter Wolff |
| | Diane Arima-Linscott (USPTS) |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR C5 |
| DATE: | 8/1/2019 | TIME: | 10:07 - 10:15 |

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked -

Defendant (1) Grant Manaku present, not in custody.

The Court takes judicial notice of the records and documents on file, including the petition and violation report prepared by USPTS.

The Court finds that the defendant voluntarily, knowingly, and intelligently waived his right to a hearing on the alleged violation, and that there is probable cause to demonstrate that the defendant is in violation of his pretrial release.

Government and the defendant have reviewed the USPTS' report and concur.

Defendant to comply with every single condition of his pretrial release.

Court will not take any action with regard to the violation.

Submitted by: Toni Fujinaga, Courtroom Manager.