IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 27 2019
at 2 o'clock and 15 min. PM
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 18-00069 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | VERDICT |
| | ) | |
| GRANT MANAKU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

VERDICT

1.  As to the offense of possession of child pornography as charged in the Indictment, We, the jury, find Defendant GRANT MANAKU,

    __0__ Not Guilty      __12__ Guilty

    If you find Defendant guilty as charged in Count 1, proceed to paragraph 2 below.

2.  We, the Jury, having found the Defendant guilty of the offense charged in Count 1, further find that any visual depiction involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

    __12__ Yes      __0__ No

    DATED: August 27, 2019, at Honolulu, Hawaii.

    SIGNED:      /S/ Foreperson