IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 18-00069 LEK |
| | ) | |
| Plaintiff, | ) | Declaration of Counsel |
| | ) | |
| vs. | ) | |
| | ) | |
| GRANT MANAKU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Declaration of Counsel**

I, PETER C. WOLFF, JR., hereby declare as follows:

1. I am counsel for Defendant GRANT MANAKU, having been appointed pursuant to the Criminal Justice Act.

2. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, September 9, 2019.

 /s/ Peter C. Wolff, Jr.
PETER C. WOLFF, JR.
Attorney for Defendant
GRANT MANAKU