AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 12 2019
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 18-00069LEK-01 |

Grant Manaku
(Name and Address of Defendant)

YOU ARE SUMMONED to appear before the United States District Court at the place, date, and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>Aha Nonoi |
|---|---|
| | Date and Time<br>08/01/2019 at 2:15 PM |
| Before: The Honorable Leslie E. Kobayashi, U.S. District Judge | |

To Answer a Petition for Action on Conditions of Pretrial Release:

TO REVIEW A RELEASE ORDER OR TO SHOW CAUSE AS TO WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED

U.S. MARSHALS SERVICE
HONOLULU, HI
2019 JUL 31 AM 9:34
RECEIVED

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia                                    07/31/2019
Signature of Issuing Officer/Deputy Clerk         Date

AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.
       USA vs Manaku

## PROOF OF SERVICE

This summons was received to me on *(date)*_____.

    ☐ I personally served the summons on this defendant_____at

    *(place)* _____ On *(date)*_____;

or

    ☐ On *(date)*_____I left the summons at the individuals residence or usual place of

abode with *(name)*_____, a person of suitable age and discretion who

resides there, and I mailed a copy to the individual's last known address; or

    ☐ I delivered a copy of the summons to *(name of individual)*_____, who is

authorized to receive service of process on behalf of *(name of organization)*

_____ on *(date)*_____and I mailed a

copy to the organization's last known address within the district or to its principal place of business elsewhere

in the United States; or

    ☐ The summons was returned unexecuted because: _____

_____.

I declare that under penalty of perjury that this information is true.

Date returned: _____

                                      _____
                                            *Server's Signature*

                                        _____
                                            *Printed name and title*

Remarks:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To
G. Manaku 7/31/19 CR 18-00069
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7016 2710 0000 8752 0747

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Department of Justice**
United States Marshals Service
District of Hawaii
300 Ala Moana Boulevard, Suite 2800
Honolulu, HI 96850

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

7016 2710 0000 8752 0747

Grant Manaku
3767 Pukalani Place
Honolulu, HI 96816

RECEIVED
2019 SEP 11 AM 2:35
U.S. MARSHALS SERVICE
HONOLULU, HI.

US POSTAGE
FIRST-CLASS
062S0011396667
FROM 96580
$5.800
stamps
B98471.04

NIXIE   968  DE  1           0009/10/19
        RETURN TO SENDER
        UNCLAIMED
        UNABLE TO FORWARD

BC: 968504988899
     *0572-07224-31-41

---

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Grant Manaku
   3767 Pukalani Place
   Honolulu, HI  96816

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9402 5058 9092 0989 88

2. Article Number (Transfer from service label)
   7016 2710 0000 8752 0747

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature                    ☐ Priority Mail Express®
   ☐ Adult Signature Restricted Delivery ☐ Registered Mail™
   ☒ Certified Mail®                    ☐ Registered Mail Restricted Delivery
   ☐ Certified Mail Restricted Delivery ☒ Return Receipt for Merchandise
   ☐ Collect on Delivery                ☐ Signature Confirmation™
   ☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery